# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3156

_____

United States of America,                    *
                                         *

           Appellee,              *
                                         *   Appeal from the United States

       v.                     *   District Court for the
                                       *   Northern District of Iowa.

Raul Chavez-Rios,              *

                                       *     [UNPUBLISHED]

           Appellant.           *

_____

Submitted: September 6, 2007
Filed: September 14, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Raul Chavez-Rios (Chavez-Rios) pled guilty to conspiring to distribute methamphetamine within 1,000 feet of a park, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), 860(a), and 846 (Count 1); and distributing methamphetamine within 1,000 feet of a park, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 860(a) (Counts 2-4). Chavez-Rios acknowledged before entering his plea that he was subject to a statutory mandatory minimum of 10 years in prison on Count 1. The district court[1] sentenced Chavez-Rios to the statutory minimum 120 months'

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

imprisonment and 5 years' supervised release with the sentences on the counts to run concurrently. On appeal, Chavez-Rios's counsel filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the sentence is unreasonable under <u>United States v. Booker</u>, 543 U.S. 220 (2005). This argument is unavailing. Because Chavez-Rios did not qualify for a substantial-assistance departure or for safety-valve relief, the district court had no authority to impose a sentence below the statutory minimum. <u>See</u> <u>United States v. Gregg</u>, 451 F.3d 930, 937 (8th Cir. 2006); <u>United States v. Chacon</u>, 330 F.3d 1065, 1066 (8th Cir. 2003).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues for appeal. We grant counsel leave to withdraw, and we affirm.

_____